96 A.3d 1023

**Florence Elizabeth MASON, Petitioner**

v.

**COURT OF COMMON PLEAS, OFFICE OF THE PROTHONO-TARY, et al., Office of the Clerks, Prothonotary Joseph H. Evers, in his Official Capacity, David Vogler, in his Official Capacity, Bob White, in his Official Capacity, Stan Chmilelew-ski, in his Official Capacity, Norma Monte, in her Official Capacity and Kevin Daly, in his Official Capacity, Respondents.**

**No. 68 EM 2014.**

Supreme Court of Pennsylvania.

July 24, 2014.

## ORDER

PER CURIAM

**AND NOW,** this 24th day of July, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition

for Writ of Mandamus and the Application for Oral Argument are **DENIED.**